William Lee RICHARDSON, Jr., Plaintiff–Appellant,

v.

WEST VIRGINIA SUPREME COURT OF APPEALS; Justices; Chief Justice of the State of West Virginia, Defendants–Appellees.

No. 02–1133.

United States Court of Appeals, Fourth Circuit.

Submitted March 21, 2002.

Decided March 28, 2002.

William Lee Richardson, Jr., Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

William Lee Richardson, Jr., seeks to appeals the district court's order dismissing his civil complaint as frivolous. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we deny Richardson's motion to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. *See Richardson v. West Virginia Supreme Court of Appeals,* No. CA–01–504–2 (S.D.W.Va. Jan. 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*DISMISSED.*